IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Celis, Juan

Printed: 11/11/08

Case Number: 05 B 04100
Judge: Squires, John H
Filed: 2/8/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: August 21, 2008
Confirmed: March 23, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 11,112.06 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 8,116.10 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,434.40 |
| Trustee Fee: |  | 559.31 |
| Other Funds: |  | 2.25 |
| Totals: | 11,112.06 | 11,112.06 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 2,434.40 | 2,434.40 |
| 2. | Wells Fargo Fin Acceptance | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 78.96 | 78.96 |
| 4. | Cavalry Portfolio Services | Unsecured | 6,433.72 | 6,433.72 |
| 5. | Internal Revenue Service | Unsecured | 1,533.81 | 1,533.81 |
| 6. | RJM Acquisitions LLC | Unsecured | 69.61 | 69.61 |
| 7. | Internal Revenue Service | Priority |  | No Claim Filed |
| 8. | Capital One | Unsecured |  | No Claim Filed |
| 9. | Creditors Discount & Audit Co | Unsecured |  | No Claim Filed |
|  |  |  | $ 10,550.50 | $ 10,550.50 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 40.59 |
| 3% | 17.32 |
| 5.5% | 73.33 |
| 5% | 22.11 |
| 4.8% | 166.14 |
| 5.4% | 188.57 |
| 6.5% | 51.25 |
|  | $ 559.31 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Celis, Juan | Case Number:  05 B 04100 |
| | Judge:  Squires, John H |
| Printed: 11/11/08 | Filed:  2/8/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                      Marilyn O. Marshall, Trustee, by:

